AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__Northern__ DISTRICT OF __California__

ED KRESSY

**V.**

LARRY FLYNT'S HUSTLER CLUB
SAN FRANCISCO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   08-93 JL

TO: (Name and address of defendant)

Larry Flynt's Hustler Club, San Francisco
1031 Kearny Street
San Francisco, CA   94133

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ed Kressy
601 Steiner Street
San Francisco, CA   94117

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**

CLERK

(BY) DEPUTY CLERK  ,  GLORIA ACEVEDO

DATE   1-11-08

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                                  Signature of Server

                                            _____
                                            Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.