1  Peter E. Kressy

2  601 Steiner Street

3  San Francisco, CA  94117

4      Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**FILED**

JAN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter E. Kressy, | ) Case No.: CV 08-0093-JL |
| Plaintiff, | ) Notice of Dismissal |
| vs. | ) |
| Larry Flynt's Hustler Club San Francisco, | ) |
| Defendants | ) |

1. Notice. Notice is hereby given that the undersigned, the Plaintiff in the above-referenced matter, does voluntarily dismiss this case.

Dated this January 30, 2007

Peter E. Kressy

Kressy v. Larry Flynt's Hustler Club, Hon. J. Larson, CV 08-0093-JL, Notice of Dismissal

- 1 -